No. 11–8308.  FORD *v.* THOMAS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–8311.  MURPHY *v.* ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 11–8314.  MIDDLETON *v.* MOTLEY RICE LLC.  C. A. 4th Cir.  Certiorari denied.

No. 11–8315.  NIKOLOVA *v.* IVANOV.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 11–8321.  SCHUH *v.* POLLARD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–8323.  CONLEY *v.* KEYS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–8324.  DEMPSEY *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 11–8329.  KAMANA'O *v.* FRANK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–8331.  JUAREZ *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–8337.  McCARTHY *v.* POLLARD, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 11–8340.  MATTHEWS *v.* KUBINSKI ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–8341.  JOHNSON *v.* CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 11–8342.  JOHNSON *v.* UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–8348.  RINGGOLD-LOCKHART ET AL. *v.* SANKARY ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–8350.  CLARK *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.